UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANNA CASTILLO,

               Plaintiff,

-against-

JAN WEISSBERG, General Manager;
ARAMARK FOOD SERVICE CORPORATION,

               Defendants.

19-CV-7959 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 30, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise its supplemental jurisdiction over any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 30, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge